# CASE ANNOUNCEMENTS
## *August 22, 2008*

[Cite as *08/22/2008 Case Announcements #2,* 2008-Ohio-4287.]

## MEDIATION REFERRALS

**2007–2269.   State Emp. Relations Bd. v. Queen City Lodge No. 69, Fraternal Order of Police.**
Hamilton App. No. C–060782, 2007-Ohio-5741. The court refers this case to mediation under S.Ct.Prac.R. XIV(6).

It is further ordered that the oral argument in this case originally scheduled for October 15, 2008, is hereby rescheduled for November 19, 2008. The court will not issue any decision on the merits of this case until it is returned from mediation.

## CASE ANNOUNCEMENTS

*August 22, 2008*

[Cite as *08/22/2008 Case Announcements #3,* 2008-Ohio-4290.]

## MOTION AND PROCEDURAL RULINGS